UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DAVID MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-105-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| METROPOLITAN LIFE | ) | **JUDGMENT** |
| INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered this date, and in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Metropolitan Life Insurance Company regarding the claims asserted against it in this matter. The administrative decision of Defendant Metropolitan Life Insurance Company is **AFFIRMED**.

2. Judgment is entered in favor of Defendant American Water Works, Inc., regarding the plaintiff's claim for breach of fiduciary duty. However, judgment is entered in favor of Plaintiff David Moore, regarding the plaintiff's claim for statutory penalties.

3. A penalty in the amount of $6,615.00, is assessed against Defendant American Water Works, Inc., together with interest at the legal rate commencing this date.

4. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 7th day of March, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge